**v.**

**The STATE of Texas, Appellee.**

**No. 27682.**

Court of Criminal Appeals of Texas.

June 22, 1955.

**R. W. RICHARDSON, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27672.**

Court of Criminal Appeals of Texas.

June 22, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

W. G. Abbott, Midland, for appellant.

Hulon B. Brown, County Atty., John R. Culver, City Atty., Midland, Leon Douglas, State's Atty., Austin, for the State.

DICE, Commissioner.

This prosecution originated in the Corporation Court where appellant was found guilty of the violation of a city ordinance regulating the parking of motor vehicles and his punishment assessed at a fine of $5. From this judgment an appeal was prosecuted to the County Court where a trial before a jury resulted in a conviction and a fine of $1.

This appeal is prosecuted from the County Court conviction.

The fine imposed in the County Court not exceeding $100, this court is without jurisdiction to enter any order herein other than to dismiss the appeal. Art. 53, Vernon's Ann.C.C.P.; Allgood v. State, Tex. Cr.App., 242 S.W.2d 883; and Sitz v. State, Tex.Cr.App., 267 S.W.2d 838.

The appeal is dismissed.

Opinion approved by the court.

W. G. Abbott, Midland, for appellant.

Hulon B. Brown, County Atty., John R. Culver, City Atty., Midland, Leon Douglas, State's Atty., Austin, for the State.